UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
MICHELE DENENBERG and DENNIS DENENBERG,

                                    Plaintiffs,    Civil Action No.: 

**JUDGE KARAS** -against-

                                                             **RULE 7.1 STATEMENT**

J.C. PENNEY COMPANY INC.,

                                          Defendant(s)
-------------------------------------------------------------------

      Pursuant to Rule 7.1 of the Federal Rules for Civil Procedure, the defendant **J.C. PENNEY COMPANY INC.**, certifies that it is a publicly held corporation and has no other corporate parents, subsidiaries or affiliates which are publicly held.

Dated: New York, New York
         August 13, 2008

                                        Yours, etc.

                                          **MINTZER, SAROWITZ, ZERIS LEDVA & MEYERS**
                                          BY: **THOMAS G. DARMODY (TGD 8368)**
                                          Attorney for Defendant(s)
                                          J.C. PENNEY COMPANY, INC.
                                          39 Broadway, Suite 950
                                          New York, NY 10006
                                          (212) 968-8300
                                          File # 003776.000043

TO:   **STOLOFF & SILVER, LLP**
       Richard A. Stoloff, Esq.
       Attorney for Plaintiff(s)
       26 Hamilton Avenue
       P.O. Box 1129
       Monticello, NY 12701
       (845) 794-4300

